UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. MCNEIL,

     Plaintiff,

v.                                                       Case No: 6:24-cv-2055-JSS-UAM

M&R UNITED INC. and SUGAR
CREEK COUNTRY STORE LLC,

     Defendants.
_____/

## **ORDER**

Plaintiff has filed a notice of voluntary dismissal with prejudice.  (Dkt. 11.)  *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .").  Upon review of the docket, no answer or motion for summary judgment has been filed.  *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

Accordingly:

1. This case is **DISMISSED with prejudice**.

2. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

- 2 -

**ORDERED** in Orlando, Florida, on February 13, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties